UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RUSSEL NISBET,<br>          Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>          Defendants. | Court File No. 20-cv-1769 |

**RULE 7.1 COMPLIANCE CERTIFICATE**

The undersigned hereby certifies that, pursuant to Local Rule 7.1(f), Plaintiffs' Memorandum in Support of Motion to Remand for Lack of Subject Matter Jurisdiction contains 9,267 words, as determined through the word count feature of the Microsoft Word for Mac 2020 word processing software used to prepare the memorandum. The word processing program has been applied specifically to include all text within the body of the document, including headings, footnotes, and quotations. The memorandum was prepared in 13-point font in accordance with the type size limitation of Local Rule 7.1(h).

Dated:  September 15, 2020                     *s/Mikal C. Watts*
                                                                          Mikal C. Watts